Entered: December 22nd, 2022
Signed: December 22nd, 2022

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:                                    *
                                          *
    JESSICA D. JONES          *            Case No. 22-14559-NVA
                                          *
                                          *            (Chapter 13)
        Debtor                  *
                                          *

**ORDER CONFIRMING PLAN**

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtor filed November 14, 2022 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 18th day of each month, the sum of $200.00 for a period of 3 months and then the sum of $600.00 for 57 months for a total term of 60 months.

*          *          *          *

TRUSTEE RECOMMENDATION:
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/   *Brian A. Tucci*
Brian A. Tucci, Chapter 13 Trustee

cc:     All Creditors, Debtor, Counsel to Debtor, Trustee

**END OF ORDER**