# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 22-14559-NVA
Judge: Nancy V. Alquist
Date: 3/11/2023

IN RE: JESSICA D JONES
7507 SLATE DRIVE
WINDSOR MILL, MD 21244

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | US DEPT OF HOUSING & URBAN DEVELOP / 100 PENN SQUARE E PHILADELPHIA, PA 19104 | 23,891.47 | DirectPay |
| | Acct: 9022 | | |
| | Comment: OUTSIDE PER PLAN | | |
| 002 | US DEPT OF EDUCATION / CLAIMS FILING UNIT PO BOX 8973 / MADISON, WI 53708 | 99,524.88 | Unsecured |
| | Acct: 4827 | | |
| | Comment: | | |
| 003 | MIDLAND CREDIT MANAGEMENT / PO BOX 2037 WARREN, MI 48090 | 889.98 | Unsecured |
| | Acct: 4516 | | |
| | Comment: | | |
| 004 | NAVY FEDERAL CREDIT UNION / ATTN: BANKRUPTCY MANAGEME PO BOX 3000 / MERRIFIELD, VA 22119-0000 | 1,802.00 | Unsecured |
| | Acct: 5698 | | |
| | Comment: | | |
| 005 | NAVY FEDERAL CREDIT UNION / ATTN: BANKRUPTCY MANAGEME PO BOX 3000 / MERRIFIELD, VA 22119-0000 | 14,628.76 | Unsecured |
| | Acct: 7808 | | |
| | Comment: | | |
| 006 | CITIBANK NA / PO BOX 280 KIRKLAND, WA 98083-0280 | 4,919.18 | Unsecured |
| | Acct: 1672 | | |
| | Comment: | | |
| 007 | ASHLEY FUNDING SERVICES / C/O RESURGENT CAPITAL SVCS PO BOX 10587 / GREENVILLE, SC 29603-0587 | 52.66 | Unsecured |
| | Acct: 2060 | | |
| | Comment: | | |
| 008 | ASHLEY FUNDING SERVICES / C/O RESURGENT CAPITAL SVCS PO BOX 10587 / GREENVILLE, SC 29603-0587 | 174.46 | Unsecured |
| | Acct: 3090 | | |
| | Comment: | | |
| 009 | STONEGATE AT PATAPSCO SEC II / C/O MICHAEL S NEALL ESQ 147 OLD SOLOMONS ISLAND RD #400 / ANNAPOLIS, MD 21401-000 | 993.94 6.0000% From 08/19/2022 | Secured |
| | Acct: 8084 | | |
| | Comment: | | |
| 009 | STONEGATE AT PATAPSCO SEC II / C/O MICHAEL S NEALL ESQ 147 OLD SOLOMONS ISLAND RD #400 / ANNAPOLIS, MD 21401-000 | 1,745.93 | Unsecured |
| | Acct: 8084 | | |
| | Comment: Split Claim | | |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 22-14559-NVA
Judge: Nancy V. Alquist
Date: 3/11/2023

IN RE: JESSICA D JONES
7507 SLATE DRIVE
WINDSOR MILL, MD 21244

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | QUANTUM3 GROUP LLC / GENESIS FS CARD SERVICES INC<br>PO BOX 788 / KIRKLAND, WA 98083<br>Acct: 5494<br>Comment: | 618.19 | Unsecured |
| 011 | ASHLEY FUNDING SERVICES / C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587 / GREENVILLE, SC 29603-0587<br>Acct: 9260<br>Comment: | 286.88 | Unsecured |
| 012 | PORTFOLIO RECOVERY ASSOCIATES LLC / SYNCHRONY BANK<br>PO BOX 41067 / NORFOLK, VA 23541<br>Acct: 4258<br>Comment: | 2,404.37 | Unsecured |
| 013 | PORTFOLIO RECOVERY ASSOCIATES LLC / BARCLAYS BANK<br>PO BOX 41067 / NORFOLK, VA 23541<br>Acct: 8246<br>Comment: | 878.13 | Unsecured |
| 014 | US BANK NA / 4801 FREDERICA STREET<br>OWENSBORO, KY 42301<br>Acct: 8763<br>Comment: | | DirectPay<br>230,951.32 |
| 015 | ALLY BANK / AIS PORTFOLIO SERVICES<br>4515 N. SANTA FE AVENUE   DEPT APS / OKLAHOMA CITY, OK 731<br>Acct: 4882<br>Comment: OUTSIDE PER PLAN | | DirectPay<br>22,769.79 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541<br>Acct: 6110<br>Comment: | 1,366.06 | Unsecured |
| 017 | MAYOR & CITY COUNCIL OF BALTIMORE / 200 HOLLIDAY ST -  RM<br>BALTIMORE, MD 21202<br>Acct:<br>Comment: | 46.28 | Unsecured |
| 018 | STONEGATE UTILITIES, LLC / 5305 VILLAGE CENTER DRIVE  #305<br>COLUMBIA, MD 21044<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 019 | ACCEPTANCE NOW / 5501 HEADQUARTERS<br>PLANO, TX 75024<br>Acct: 4445<br>Comment: | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

IN RE: JESSICA D JONES
7507 SLATE DRIVE
WINDSOR MILL, MD 21244

Case No: 22-14559-NVA
Judge: Nancy V. Alquist
Date: 3/11/2023

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 020 | CAPITAL ONE / P O BOX 30285<br>SALT LAKE CITY, UT 84130-0285<br>Acct: 3031<br>Comment: | None | Not Filed<br>.00 |
| 021 | CHASE BANK USA NA / PO BOX 15298<br>WILMINGTON, DE 19850<br>Acct: 2551<br>Comment: | None | Not Filed<br>.00 |
| 022 | CCA / PO BOX 329<br>NORWELL, MA 02061-0329<br>Acct: 9122<br>Comment: | None | Not Filed<br>.00 |
| 023 | MIDLAND CREDIT MANAGEMENT / 350 CAMINO DE LA REINA #100<br>SAN DIEGO, CA 92108<br>Acct: 3329<br>Comment: | None | Not Filed<br>.00 |
| 024 | NAVY FEDERAL CREDIT UNION / ATTN: BANKRUPTCY MANAGEME<br>PO BOX 3000 / MERRIFIELD, VA 22119-0000<br>Acct: 8948<br>Comment: | None | Not Filed<br>.00 |
| 025 | US DEPT OF EDUCATION / PO BOX 7860<br>MADISON, WI 53707-7860<br>Acct: 8581<br>Comment: | None | Not Filed<br>.00 |
| | Total | 130,331.70 | |
| ERIC STEINER ESQUIRE<br>STEINER LAW GROUP LLC<br>PO BOX 17598 / PMB 83805<br>BALTIMORE, MD 21297 | | 4,350.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan. DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Brian A. Tucci

Brian A. Tucci, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286-3005

I hereby certify that on 03/11/2023 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Brian A. Tucci

Brian A. Tucci, Trustee