UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                                                               CASE NO.: 22-14559
                                                                                                      CHAPTER 13

**Jessica D. Jones,**
    Debtor.

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       13010 Morris Road, Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                              By: <u>/s/Chetan Gopal</u>
                                       Chetan Gopal
                                       Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JESSICA D. JONES
7507 SLATE DRIVE
WINDSOR MILL, MD 21244

And via electronic mail to:

STEINER LAW GROUP, LLC
PO BOX 17598
PMB 83805
BALTIMORE, MD 21297

BRIAN A. TUCCI
CHAPTER 13 TRUSTEE
P.O. BOX 1110
MILLERSVILLE, MD 21108

By: /s/ Amber Matas