IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**BALTIMORE DIVISION**

| | |
|---|---|
| **IN RE:** | * |
| JESSICA D. JONES | *   Case No. 22-14559-NVA |
| Debtor | Chapter 13 |
| | * |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | * |
| ALLY BANK | |
| Movant | * |
| vs. | * |
| JESSICA D. JONES | * |
| Respondent(s) | * |

**NOTICE OF APPEARANCE**

      Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ally Bank,(Creditor). Please serve a copy of all notices, correspondence and/or orders on Michael J. Klima, Jr., who is admitted to practice in this Court, at the address below:

    Michael J. Klima, Jr.
    Klima, Peters & Daly, P.A.
    8028 Ritchie Highway, Ste. 300
    Pasadena, MD 21122
    JKlima@KPDLawgroup.com

Dated: August 23, 2024

                                            Respectfully submitted:
                                            */s/ Michael J. Klima, Jr.*
                                            MICHAEL J. KLIMA, JR. #25562
                                            8028 Ritchie Highway, Ste. 300
                                            Pasadena, MD 21122
                                            (410) 768-2280
                                            JKlima@KPDLawgroup.com
                                            Attorney for Ally Bank

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2024, a copy of the foregoing Notice of Appearance was mailed, first class, postage prepaid, to

Jessica D. Jones
7507 Slate Drive
Windsor Mill, MD 21244

Eric S. Steiner
PO Box 17598, Pmb 83805
Baltimore, MD 21297

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108

*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank