**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| JESSICA D. JONES | * | CASE NO.: 22-1-4559-NVA |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * | | |
| ALLY BANK | * | |
| Movant | * | |
| v. | * | |
| JESSICA D. JONES | * | |
| Respondent | * | |
| * * * * * * * * * * * * * | | |

**NOTICE OF DEFAULT**

Ally Bank, Movant, by its attorney, Michael J. Klima, Jr., files its Notice of the Debtor's default in terms of the Consent Order Modifying Automatic Stay entered by this Court on October 9, 2024 as to one Acura TLX Sedan 4D Advance AWD 3.5L V6. Debtor is currently in default in the amount of $4,759.64 pursuant to said Consent Order and as shown by the attached payment history.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 24-78174-0

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this <u>10th</u> day of <u>April</u>, <u>2025</u>, a copy of the foregoing Notice of Default was mailed, by first class mail postage prepaid to:

Jessica D. Jones
7507 Slate Drive
Windsor Mill, Maryland 21244

Eric Steiner
3030 Greenmount Avenue
Suite 300, PMB 83805
Baltimore, MD 21218-6907

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108

        <u>/s/ Michael J. Klima, Jr.</u>
        Michael J. Klima, Jr.