| Date | Description | Payment due | Payment made | Balance |
|---|---|---|---|---|
| 9/9/2021 | Net trade allowance Amount_F | 3772.00 | | 3772.00 |
| 9/9/2021 | Cash down Payment_F | 228.00 | | 4000.00 |
| 9/9/2021 | Receipt - paid via dealer | | 4000.00 | .00 |
| 10/24/2021 | Repayment | 455.89 | | 455.89 |
| 10/27/2021 | Receipt - AAOS one time pay | | 455.89 | .00 |
| 11/24/2021 | Repayment | 455.89 | | 455.89 |
| 11/27/2021 | Receipt - AAOS one time pay | | 455.89 | .00 |
| 12/24/2021 | Repayment | 455.89 | | 455.89 |
| 12/27/2021 | Receipt - AAOS one time pay | | 455.89 | .00 |
| 1/21/2022 | Receipt - AAOS one time pay | | 455.89 | -455.89 |
| 1/24/2022 | Repayment | 455.89 | | .00 |
| 2/8/2022 | Receipt - AAOS one time pay | | 150.00 | -150.00 |
| 2/18/2022 | Receipt - AAOS one time pay | | 305.89 | -455.89 |
| 2/24/2022 | Repayment | 455.89 | | .00 |
| 3/18/2022 | Receipt - AAOS one time pay | | 455.89 | -455.89 |
| 3/24/2022 | Repayment | 455.89 | | .00 |
| 4/15/2022 | Receipt - AAOS one time pay | | 455.89 | -455.89 |
| 4/24/2022 | Repayment | 455.89 | | .00 |
| 4/29/2022 | Transfer | | 100.00 | -100.00 |
| 4/29/2022 | Receipt - AAOS one time pay | | 100.00 | -200.00 |
| 4/29/2022 | Payment from schedule suspense | | -100.00 | -100.00 |
| 5/13/2022 | Receipt - AAOS one time pay | | 250.00 | -350.00 |
| 5/24/2022 | Repayment | 455.89 | | 105.89 |
| 5/27/2022 | Receipt - AAOS one time pay | | 105.89 | .00 |
| 6/10/2022 | Receipt - AAOS one time pay | | 125.00 | -125.00 |
| 6/24/2022 | Repayment | 455.89 | | 330.89 |
| 6/24/2022 | Repayment | | 455.89 | -125.00 |
| 7/10/2022 | Late Charge_Cash | 33.09 | | -91.91 |
| 7/24/2022 | Repayment | 455.89 | | 363.98 |
| 7/24/2022 | Repayment | | 455.89 | -91.91 |
| 8/6/2022 | Transfer | | 273.53 | -365.44 |
| 8/19/2022 | Receipt - AAOS one time pay | | 90.45 | -455.89 |
| 8/24/2022 | Repayment | 455.89 | | .00 |
| 9/24/2022 | Repayment | 455.89 | | 455.89 |
| 9/26/2022 | Receipt - ACI pay | | 455.89 | .00 |
| 10/24/2022 | Repayment | 455.89 | | 455.89 |
| 11/1/2022 | Receipt - ACI pay | | 455.89 | .00 |
| 11/24/2022 | Repayment | 455.89 | | 455.89 |
| 11/29/2022 | Receipt - ACI pay | | 455.89 | .00 |
| 12/24/2022 | Repayment | 455.89 | | 455.89 |
| 1/9/2023 | Late Charge_Cash | 45.59 | | 501.48 |
| 1/24/2023 | Repayment | 455.89 | | 957.37 |

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 2/9/2023 | Late Charge_Cash | 45.59 | | 1002.96 |
| 2/24/2023 | Repayment | 455.89 | | 1458.85 |
| 2/24/2023 | Receipt - ACI pay | | 911.78 | 547.07 |
| 3/12/2023 | Late Charge_Cash | 45.59 | | 592.66 |
| 3/24/2023 | Repayment | 455.89 | | 1048.55 |
| 4/3/2023 | Receipt - ACI pay | | 600.00 | 448.55 |
| 4/9/2023 | Late Charge_Cash | 31.18 | | 479.73 |
| 4/24/2023 | Repayment | 455.89 | | 935.62 |
| 5/10/2023 | Late Charge_Cash | 45.59 | | 981.21 |
| 5/15/2023 | Receipt - ACI pay | | 920.00 | 61.21 |
| 5/24/2023 | Repayment | 455.89 | | 517.10 |
| 5/28/2023 | Receipt - ACI pay | | 520.00 | -2.90 |
| 6/23/2023 | Receipt - ACI pay | | 460.00 | -462.90 |
| 6/24/2023 | Repayment | 455.89 | | -7.01 |
| 7/22/2023 | Receipt - ACI pay | | 460.00 | -467.01 |
| 7/24/2023 | Repayment | 455.89 | | -11.12 |
| 8/19/2023 | Receipt - ACI pay | | 460.00 | -471.12 |
| 8/24/2023 | Repayment | 455.89 | | -15.23 |
| 9/15/2023 | Receipt - ACI pay | | 460.00 | -475.23 |
| 9/24/2023 | Repayment | 455.89 | | -19.34 |
| 10/14/2023 | Receipt - ACI pay | | 460.00 | -479.34 |
| 10/24/2023 | Repayment | 455.89 | | -23.45 |
| 11/24/2023 | Repayment | 455.89 | | 432.44 |
| 12/10/2023 | Late Charge_Cash | 43.24 | | 475.68 |
| 12/24/2023 | Repayment | 455.89 | | 931.57 |
| 1/9/2024 | Late Charge_Cash | 45.59 | | 977.16 |
| 1/24/2024 | Repayment | 455.89 | | 1433.05 |
| 1/29/2024 | Receipt - ACI pay | | 500.00 | 933.05 |
| 2/9/2024 | Late Charge_Cash | 45.59 | | 978.64 |
| 2/18/2024 | Receipt - ACI pay | | 475.00 | 503.64 |
| 2/24/2024 | Repayment | 455.89 | | 959.53 |
| 3/11/2024 | Late Charge_Cash | 45.59 | | 1005.12 |
| 3/24/2024 | Repayment | 455.89 | | 1461.01 |
| 4/9/2024 | Late Charge_Cash | 45.59 | | 1506.60 |
| 4/15/2024 | Receipt - ACI pay | | 600.00 | 906.60 |
| 4/24/2024 | Repayment | 455.89 | | 1362.49 |
| 5/10/2024 | Late Charge_Cash | 45.59 | | 1408.08 |
| 5/24/2024 | Repayment | 455.89 | | 1863.97 |
| 6/9/2024 | Late Charge_Cash | 45.59 | | 1909.56 |
| 6/22/2024 | Receipt - ACI pay | | 510.00 | 1399.56 |
| 6/24/2024 | Repayment | 455.89 | | 1855.45 |
| 7/10/2024 | Late Charge_Cash | 45.59 | | 1901.04 |
| 7/24/2024 | Repayment | 455.89 | | 2356.93 |
| 8/9/2024 | Late Charge_Cash | 45.59 | | 2402.52 |

| Date | Description | Amount | Credit | Balance |
|---|---|---:|---:|---:|
| **8/24/2024** | **Repayment** | **455.89** | | **2858.41** |
| 9/9/2024 | Late Charge_Cash | 45.59 | | 2904.00 |
| 9/24/2024 | Repayment | 455.89 | | 3359.89 |
| 9/28/2024 | Receipt - ACI pay | | 490.00 | 2869.89 |
| 10/10/2024 | Late Charge_Cash | 45.59 | | 2915.48 |
| 10/24/2024 | Repayment | 455.89 | | 3371.37 |
| 10/25/2024 | Receipt - ACI pay | | 800.00 | 2571.37 |
| 11/9/2024 | Late Charge_Cash | 45.59 | | 2616.96 |
| 11/24/2024 | Repayment | 455.89 | | 3072.85 |
| 12/10/2024 | Late Charge_Cash | 45.59 | | 3118.44 |
| 12/24/2024 | Repayment | 455.89 | | 3574.33 |
| 1/9/2025 | Late Charge_Cash | 45.59 | | 3619.92 |
| 1/24/2025 | Repayment | 455.89 | | 4075.81 |
| 2/9/2025 | Late Charge_Cash | 45.59 | | 4121.40 |
| 2/24/2025 | Repayment | 455.89 | | 4577.29 |
| 3/12/2025 | Late Charge_Cash | 45.59 | | 4622.88 |
| 3/24/2025 | Repayment | 455.89 | | 5078.77 |
| 4/9/2025 | Late Charge_Cash | 45.59 | | 5124.36 |