**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>Jessica D. Jones<br>    Debtor | Case No. 22-14559 |
| U.S. BANK NATIONAL ASSOCIATION<br>    Movant<br><br>vs.<br><br>Jessica D. Jones<br>    Debtor | Chapter 13<br><br><br>MFR ECF No. 39 |

**NOTICE OF CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND HEARING THEREON**

U.S. BANK NATIONAL ASSOCIATION (hereinafter "Movant"), and its assigns, by and through counsel, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a), to enable it to obtain an order granting relief from the automatic stay against the property located at:

**7507 SLATE DRIVE, WINDSOR MILL, MD 21244**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one.

**The hearing is rescheduled for November 20, 2025 at 2:00 pm., in Courtroom 2-A, United States Bankruptcy Court, Federal Courthouse 101 West Lombard Street, Suite 8530, Baltimore, MD 21201.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

[Signature on Following Page]

Respectfully submitted,

*/s/ Chetan Gopal*

Chetan Gopal, Esq.
MD Federal Bar No. 31096
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Phone: 470-321-7112, ext. 52270
Email: cgopal@raslg.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on   September 26, 2025  , the following persons were served a copy of the foregoing notice in the manner described below:

<u>Via First Class Mail, Postage Prepaid</u>:

Jessica D. Jones
7507 Slate Drive
Windsor Mill, MD 21244
*Debtor*

<u>Via CM/ECF Electronic Notice</u>:

Eric Steiner, Esq.
Steiner Law Group, LLC
P.O. Box 17598
Pmb 83805
Baltimore, MD 21297
*Counsel for Debtor*

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

/s/ Chetan Gopal
Chetan Gopal, Esq.