**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:                                              *

    JESSICA D. JONES,                    *         Case No.: 22-14559-NVA

        Debtor.                          *         Chapter 13

   *         *         *         *         *         *         *

**MOTION TO DISMISS CASE FOR MATERIAL DEFAULT IN**
**PLAN PAYMENTS**

Brian A. Tucci, Chapter 13 Trustee, pursuant to 11 U.S.C. § 1307(c), files this Motion to Dismiss Case for Material Default in Plan Payments, (the "Motion to Dismiss") and for cause, states as follows:

1.      The plan in this Chapter 13 case was confirmed by an Order entered on December 22, 2022. [ECF No. 29].

2.      The Debtor is in material default under the terms of the plan by having failed to maintain the payments as required.  The default in plan payments totals **$3,600.00 or 6.00 months.**

3.      The last plan payment was received on September 17, 2025.

4.      The failure of the Debtor to make plan payments has created an unreasonable delay prejudicial to the creditors in this case. 11 U.S.C.§ 1307(c)(1).

5.      For these reasons stated, cause exits under 11 U.S.C. § 1307(c)(1) to dismiss this case.

**WHEREFORE**, the Trustee requests this Court dismiss this case, and to grant such other relief as is just.

Date:    January 15, 2026                            /s/ Brian A. Tucci
                                                     Brian A. Tucci (MD Bar # 18055)
                                                     Chapter 13 Trustee
                                                     PO Box 1110
                                                     Millersville, MD 21108
                                                     (410) 825-5923
                                                     inquiries@ch13balt.com

## **NOTICE**

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND MAY WISH TO DISCUSS THEM WITH AN ATTORNEY.**

The Chapter13 Trustee is requesting the Court to dismiss your case.  If you want to oppose the motion to dismiss, you must file with the Court and serve on the other party a written response opposing the motion to dismiss and stating the reasons for your opposition. Your opposition must be filed and served within twenty-one (21) days after the service date of the motion, plus three (3) additional days if the motion was served on you by mail, unless otherwise ordered by the Court. If you file a written response, the Court may hold a hearing at a location and time set forth in a notice from the Clerk of Court.

**IF YOU FAIL TO FILE A TIMELY WRITTEN RESPONSE TO THE MOTION, THE COURT MAY GRANT THE MOTION, IN WHOLE OR IN PART, WITHOUT HOLDING A HEARING.**  This may result in the termination of the proceeding, or some part of the proceeding, in favor of the moving party.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Dismiss Case will be served electronically by the Court's CM/ECF system on the following:

- **Chaitanya Gopal**   cgopal@raslg.com;
- **Michael J Klima**   Jklima@kpdlawgroup.com;
- **Michael J. Klima**   bankruptcy@peroutkalaw.com;
- **Eric S. Steiner**   info@steinerlawgroup.com, SteinerER82180@notify.bestcase.com

I hereby certify that on January 15, 2026, a copy of the Motion to Dismiss Case was also mailed, via first-class mail, postage prepaid to:

JESSICA D. JONES
7507 SLATE DRIVE
WINDSOR MILL, MD 21244

/s/ Brian A. Tucci
Brian A. Tucci, Trustee