United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 22-14559-NVA

Jessica D. Jones                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                        User: admin                                    Page 1 of 4

Date Rcvd: Feb 19, 2026                  Form ID: ntcdsm                          Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica D. Jones, 7507 Slate Drive, Windsor Mill, MD 21244-1249 |
| 32079362 | + | John R. Solter, Jr., 101 East Chesapeake Ave, Fifth Floor, Towson, MD 21286-5338 |
| 32079373 | + | Stone Utilities, LLC, 5305 Village Center Drive #305, Columbia, MD 21044-2382 |
| 32079374 | + | Stonegate At Patapsco, 7610 Reserve Cir, Windsor Mill, MD 21244-1416 |
| 32079366 | + | Stonegate at Patapsco II Homeowners Association In, c/o Michael S. Neall & Associates PC, 147 Old Solomons Island Road, Suite 400, Annapolis, MD 21401-0108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 20 2026 00:26:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 19 2026 19:30:00 | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 19 2026 19:30:00 | U.S. BANK NATIONAL ASSOCIATION, U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 19 2026 19:30:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Feb 19 2026 19:30:00 | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 19 2026 19:30:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 32079346 | + | Email/Text: bankruptcy@rentacenter.com | Feb 19 2026 19:31:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 32079347 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2026 19:31:59 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 32630577 | ^ | MEBN | Feb 19 2026 19:25:56 | Ally Bank, c/o Michael J. Klima, Jr., Klima, Peters & Daly, P.A., 8028 Ritchie Highway, Ste. 300, Pasadena, MD 21122-1360 |
| 32117786 | + | EDI: AISACG.COM | Feb 20 2026 00:26:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32079348 | + | EDI: GMACFS.COM | Feb 20 2026 00:26:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |

District/off: 0416-1 | User: admin | Page 2 of 4
Date Rcvd: Feb 19, 2026 | Form ID: ntcdsm | Total Noticed: 62

| | | | | |
|---|---|---|---|---|
| 32079349 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 19:31:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 32098187 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 19:31:59 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32079444 | | Email/Text: bankruptcy@baltimorecountymd.gov | Feb 19 2026 19:30:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32079350 | + | EDI: TSYS2 | Feb 20 2026 00:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 32079441 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 19 2026 19:30:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32079351 | + | EDI: CAPITALONE.COM | Feb 20 2026 00:26:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 32079352 | + | EDI: JPMORGANCHASE | Feb 20 2026 00:26:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 32079353 | + | EDI: CITICORP | Feb 20 2026 00:26:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 32079354 | | EDI: CITICORP | Feb 20 2026 00:26:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 32092909 | | EDI: Q3G.COM | Feb 20 2026 00:26:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 32079355 | + | EDI: WFNNB.COM | Feb 20 2026 00:26:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32079356 | + | EDI: WFNNB.COM | Feb 20 2026 00:26:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32079364 | | EDI: CITICORP | Feb 20 2026 00:26:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 32079357 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 19 2026 19:30:00 | ECMC, Attn: Bankruptcy, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 32079358 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 19 2026 19:30:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 32079359 | + | EDI: PHINGENESIS | Feb 20 2026 00:26:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 32079360 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 19:30:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 32079361 | + | EDI: USBANKARS.COM | Feb 20 2026 00:26:00 | Guidance Res/US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 32973879 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 19:32:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 32079363 | + | Email/Text: BKNotice@ldvlaw.com | Feb 19 2026 19:30:00 | Laurie H. Lyons, Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive Suite 100, Mount Laurel, NJ 08054-2239 |
| 32150387 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Feb 19 2026 19:30:00 | Mayor and City Council of Baltimore, 200 Holliday Street, Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32079365 | ^ | MEBN | Feb 19 2026 19:25:56 | Michael J. Klima, Klima, Peters & Daly, P.A., 8028 Ritchie Hwy, Suite 300, Pasadena, MD 21122-1360 |
| 32081806 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

District/off: 0416-1 | User: admin | Page 3 of 4
Date Rcvd: Feb 19, 2026 | Form ID: ntcdsm | Total Noticed: 62

| | | | |
|---|---|---|---|
| 32079367 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 19:30:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 32079368 | + EDI: NFCU.COM | Feb 20 2026 00:26:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 32082386 | + EDI: NFCU.COM | Feb 20 2026 00:26:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 32112628 | EDI: PRA.COM | Feb 20 2026 00:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 32106210 | EDI: Q3G.COM | Feb 20 2026 00:26:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 32079370 | Email/Text: joey@rmscollect.com | Feb 19 2026 19:31:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 32079371 | + Email/Text: secubankruptcy@secumd.com | Feb 19 2026 19:30:00 | SECU, Attn: Bankruptcy, Po Box 23896, Baltimore, MD 21203-5896 |
| 32079372 | Email/Text: ccubankruptcy.notices@maryland.gov | Feb 19 2026 19:30:00 | State of Maryland/CCU, Attn: Bankruptcy, 300 West Preston St, 1st Floor, Baltimore, MD 21201 |
| 32079443 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 19 2026 19:31:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 32079442 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Feb 19 2026 19:30:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32079375 | + EDI: SYNC | Feb 20 2026 00:26:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32079376 | + EDI: SYNC | Feb 20 2026 00:26:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32079377 | + EDI: SYNC | Feb 20 2026 00:26:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 32079378 | + EDI: SYNC | Feb 20 2026 00:26:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32079379 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 19 2026 19:30:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 32079380 | + Email/Text: bankruptcydepartment@tsico.com | Feb 19 2026 19:30:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 32114382 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Feb 19 2026 19:30:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 32079381 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 19 2026 19:31:58 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 32081330 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 19:30:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 32613177 | + Email/Text: RASEBN@raslg.com | Feb 19 2026 19:30:00 | US Bank National Association, c/o Robertson, Anschutz, Schneid, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 32080838 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 19 2026 19:31:58 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11TH FLOOR, Philadelphia, PA 19107 |
| 32079382 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 19:30:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 32079383 | + EDI: WFHOME | Feb 20 2026 00:26:00 | Wells Fargo Bank NA, 1 Home Campus Mac |

District/off: 0416-1

User: admin

Page 4 of 4

Date Rcvd: Feb 19, 2026

Form ID: ntcdsm

Total Noticed: 62

X2303-01a, 3rd Floor, Des Moines, IA
50328-0001

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. Bank National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 32973886 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 32082387 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32154714 | *P++ | U S BANK, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441, address filed with court:, U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Eric S. Steiner | info@steinerlawgroup.com  SteinerER82180@notify.bestcase.com |
| Michael J Klima | Jklima@kpdlawgroup.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **22–14559 – NVA**     Chapter: **13**

**Jessica D. Jones**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 2/19/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 2/19/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

Form ntcdsm