Entered: March 11th, 2026
Signed: March 10th, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **22–14559 – NVA**    Chapter: **13**    Doc No.: **39**

**Jessica D. Jones**
Debtor

US Bank National Association
Movant

vs.

Jessica D. Jones
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above–captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel –
      Case Trustee – Brian A. Tucci

### End of Order

37x03 (rev. 12/03/1997) – MarkRybczynski